| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| MILLENIUM ASSET GROUP, LLC<br>951 S Dahlia St # 302<br>Denver, CO  80246<br>Tel:  949-800-5552<br>Fax: 949-419-3438<br>dcombs@milleniumassetgroup.com | FILED<br>DEC 2 1 2012<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:            Deputy Clerk |

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>MONTEREY DOMES, INC.<br><br><br>                                          Debtor. | CASE NUMBER 6:90-bk-02610 MJ<br><br>HEARING DATE:<br>TIME:<br>PLACE: |
|---|---|

## MOTION FOR ORDER RELEASING UNCLAIMED FUNDS

I, under penalty of perjury under the laws of the United States of America declare (or certify, verify, or state) that the following statements and information are true and correct:

1. I request an order releasing the total amount of $ 891.47 which is the sum of all monies deposited with the court on the following date(s)_____ on behalf of the creditor Benjamin Byman on claim number(s) 10962928 and 10962442

2. Please check and complete the applicable subparagraph(s) below:

   ☐ a. I am the creditor named in paragraph 1.

   ☐ b. I am an employee of the creditor named in paragraph 1 and my title is _____.
   The creditor is still legally entitled to the monies and I am authorized by the creditor to this petition. Submit evidence establishing authority to act on behalf of creditor.

   ☐ c. I am the creditor and have appointed _____ as my lawful attorney-in-fact who is duly authorized by the attached original power of attorney to file this motion.

   ☒ d. Subparagraphs a, b, and c above do not apply, but I am entitled to payment of such monies because (submit evidence establishing basis for right to obtain payment).

   Creditor Benjamin Byman assigned his interest in this claim to Millenium Asset Group, LLC on December 4th, 2012

(Continued on next page)

Motion for Order Releasing Unclaimed Funds - *Page 2*    F 3011-1

| In re MONTEREY DOMES, INC. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 6:90-bk-02610 |

3. Please complete each of the following subparagraphs:

   a. The following is the creditor's address and phone number:

   Millenium Asset Group, LLC

   951 S Dahlia St #302

   Denver, CO  80246

   949-800-5552

   b. A brief history of the creditor (from the filing of the claim to the present) which includes, if applicable, identification of any sale of the company and the new and prior owner(s). Submit evidence establishing the sale of the company from the prior to the new owner(s):

   Original creditor Benjamin Byman moved and never received nor cashed this honorable court's check for monies due to him.

   Said funds were then deposited with the Treasury by the court-appointed trustee. On December 4th, 2012 Mr. Byman

   assigned his claim in this case to Millenium Asset Group, LLC.

4. I understand that, pursuant to 18 U.S.C. § 152, I may be fined or imprisoned, or both, if I have knowingly and fraudulently made any false statements in this document.

*Revised November 2008*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    F 3011-1

Motion for Order Releasing Unclaimed Funds - *Page 3*     F 3011-1

| In re MONTEREY DOMES, INC. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 6:90-bk-02610 |

*Signature of Creditor/Successor*

(Corporate Seal

if applicable)

Donald A. Combs, manager / Sole MBR
*Type or Print Creditor's/Successor's Name*

MILLENIUM ASSET GROUP, LLC
Creditor's/Successor's Address

951 S Dahlia St  #302

Denver, CO  80246

STATE OF ~~CALIFORNIA~~ Colorado, COUNTY OF Denver

On 12/11/12 _____ before me, personally appeared *(insert name and title of the signer)*

Donald A. Combs, manager / Sole MBR

Millenium Asset Group, LLC

personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.  WITNESS my hand and official seal.

*Notary Public*

(SEAL)  NOTARY PUBLIC KAYLA KASTROW STATE OF COLORADO

My commission expires on 06/23/15

Motion for Order Releasing Unclaimed Funds - *Page 5*                                        F 3011-1

| In re MONTEREY DOMES, INC. | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 6:90-bk-02610 |

## PROOF OF SERVICE

I hereby certify under penalty of perjury under the laws of the United States of America that on 12/12/12 ,
I mailed in a sealed envelope, with postage thereon fully prepaid, a fully completed true and correct copy of the document described as "Motion for Order Releasing Unclaimed Funds" to the United States Attorney, United States Trustee, and other persons and entities required to be served by Local Bankruptcy Rule 3011-1(b) and addressed as follows:

United States Attorney's Office
Central District of California
312 North Spring St
Suite 1200
Los Angeles, CA 90012

Office of The United States Trustee
3801 University Ave
Suite 720
Riverside, CA 92501

Please insert the name and address of the trustee appointed in the case and the trustee's counsel, if any:

Patricia J. Zimmermann (TR)
31566 Railroad Canyon Rd  Suite 306
Canyon Lake, CA  92587

Please insert the name and address of the Debtor, Debtor in Possession, reorganized Debtor, or other fiduciary appointed to supervise the distribution of funds and assets of the estate (if not the claimant) and their counsel, if any:

Monterey Domes, Inc.
696 D St
San Bernardino, CA  92401

William J. Simon, Esq.
4333 Orange St  Suite 2
Riverside, CA  92501

If Movant is not the original creditor or an employee thereof, please insert the name and address of the original creditor and the creditor's counsel, if any:

Benjamin Byman
59-794 Kamehameha Hwy  Apt D-2
Haleiwa, HI  96712-9424

12/12/12
Date

*Signature*

Donald A. Combs for Millenium Asset Group, LLC
*Type or Print Name*

## ASSIGNMENT OF PROPERTY

This Indenture is made the __4__ day of __~~November~~ December__, 2012, between Benjamin Byman, "Assignor", residing at 59-794 Kamehameha Hwy Apt D2, Haleiwa, HI 96712-9424, Phone: 808-205-6913 and Millenium Asset Group, LLC "Assignee".

For value received Benjamin Byman, hereby transfers, assigns and conveys, without recourse, or any representation, or warranty, express or implied, unto Millenium Asset Group, LLC located at 951 S. Dahlia St. #302, Denver, CO 80246, all his right, title, interest, powers, and options in, if any, for the Property and/or monies due unto him in Case No. __6:90-bk-02610__, in the U.S. District Bankruptcy Court of __California – Central District__.

IN WITNESS WHEREOF, this assignment has been duly executed by the assignor this __4__, day of November, 2012.

Assignor: Benjamin Byman

Signed _Benjamin Byman_  Dated _12/4/12_

Assignor:

Signed _____  Dated _____

STATE OF __HAWAII__
COUNTY OF __City And Honolulu__

On the __4__ day of __~~November~~ December__, 2012, appeared the above affiant, __Benjamin Byman__, who being duly sworn, did depose and say he is in fact the Assignor, or the authorized representative of, and is authorized to execute this assignment. Witness my hand and official seal.

Notarized/Signed By: _____

Stephen Adler
Notary Public, State of Hawaii
My Commission Expires: 05/18/15

Doc. Date: 12/07/12  # Pages: 1
Notary Name: Stephen Adler  First Circuit
Doc. Description: Assignment of Property

Notary Signature  Date 12/07/12